JNK:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE No. **00-6117**

CR-MORENO

MAGISTRATE JUDGE
DUBÉ

IN RE: GRAND JURY 98-02 FTL )
_____)

FILED by _____ D.C.
MAY 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and to order said items to remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendants have not yet been arrested and are unaware that an indictment has been returned. One of the defendants, in particular, has apparently closed a business, sold a home and if the defendant were to learn that the indictment has been returned, this individual might flee the jurisdiction.



**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) granting the same be **SEALED** until further order of this Court.

                        Respectfully submitted.

                        THOMAS E. SCOTT
                        UNITED STATES ATTORNEY

Date: _____    By: _____
                        JEFFREY N. KAPLAN
                        ASSISTANT UNITED STATES ATTORNEY
                        Court No. A500033
                        500 East Broward Boulevard, Suite 700
                        Fort Lauderdale, Florida 33394
                        Tel. (954) 356-7255, ext. 3515
                        Fax. (954) 356-7336