AO 442 (Rev. 12/85) Warrant for Arrest  AUSA KAPLAN; FBI S/A JUDY ORIHUELA (305) 787-6602

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

00 MAY 11 PM 3:18

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA

V.

MARK ROSEMAN

**WARRANT FOR ARREST**

**CASE NUMBER:**

TO: **The United States Marshal
and any Authorized United States Officer**

# 00-6117

YOU ARE HEREBY COMMANDED to arrest _____ MARK ROSEMAN _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

CR-MORENO
MAGISTRATE JUDGE

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice  DUBE    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiring to commit bank fraud, defrauding the Department of Housing & Urban Development, filing false loan applications with financial institutions, mail fraud, and wire fraud; loan application fraud; and money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 371, 1014, 1343, 1341 and 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $250,000 CORPORATE SURETY BOND
with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

MAY 11, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |