# COURT MINUTES

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Mark Roseman (J)# | CASE NO: | 00-6117-CR-Moreno |
| AUSA: | Jeff Kaplan *present* | ATTNY: | Don Williams (perm) |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | $250,000 CSB |

BOND HEARING HELD: (yes) no    COUNSEL APPOINTED: ___

BOND SET @ $100,000 Corp w/Nebbia

CO-SIGNATURES: $1 Million Dollar

SPECIAL CONDITIONS: Co-signed wife

FILED BY ___ D.C.
MAY 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed. — surr passport
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. — verifiable
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to ___ Dade/Broward/Palm Beach
12) ___ Halfway House ___
    ___ Electronic Monitoring

Reside at curr. address. No illegal drugs or excessive alcohol.

Monday Indictment unsealed
∆-advised of charges
∆-sworn

Must sign waiver of extradition

Reading of Indictment waived
Not guilty plea entered
Standing Discovery Order requested

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | N/A | |
| STATUS CONFERENCE: | | | |
| DATE: 5-12-00 | TIME: 9:00am | TAPE # 00-037 | PG # |

200-552 Recalled
Recalled 800) 2026-3500
641-