

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-Moreno

UNITED STATES OF AMERICA

vs

Mark Roseman                                ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry Seltzer on 5-12-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and ~~court appointed~~/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT:             Address: ____SEE BOND____

                       _____

                       Telephone: _____

DEFENSE COUNSEL:       Name: _____H. Don Williams_____

                       Address: _____

                       _____

                       Telephone: _____

BOND SET/~~CONTINUED~~:   $ 100,000 Corp. Surety w/nebbia /
                       One Million Dollars PSB

Bond hearing held: yes __X__ no____ Bond hearing set for _____

Dated this ___12___ day of ____May____, 20_00_.

                                   CLARENCE MADDOX
                                   COURT ADMINISTRATOR/ CLERK

                                   By: _____
                                       Deputy Clerk

                                   Tape No. __a-03?__

cc: Clerk for Judge
    U. S. Attorney