UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v. *Mark Roseman*
    Defendant,


FILED by _____ D.C.
MAY 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. OF
S.D. OF FLA. FT. LAUD.

APPEARANCE BOND
CASE NO.: *00-6117-CR-Moreno*

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ *100,000 Corp Surety Bond w/Nebbia*

### STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____

_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD/FM-2
REV. 7/90

DEFENDANT: _Roseman_
CASE NUMBER: _00-6117-CR_
_Moreno_

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

___ i. Comply with the following additional special conditions of this bond: _____

_Same as Corp. Surety_

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrail release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do do.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
WHITE to Court file
BLUE to defendant
GREEN to Assistant U.S. Attorney
YELLOW to Counsel
PINK to U.S. Marshal

DEFENDANT: _Rosencan_

CASE NUMBER: _00-6117-CR-Moreno_

_Copy._

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial offfcer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

### SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _12_ day of _May_, _2000_, at _Ft Lauderdale_, Florida.

Signed and acknowledged before me:

WITNESS: _____

ADDRESS: _____

_____ ZIP _____

DEFENDANT: (Signature) _Mark Rosen_

ADDRESS: _3201 NE 57 ct._

_Ft. Lauderdale_  ZIP _33308_

TELEPHONE: _(954) 492-5519_

### CORPORATE SURETY

Signed this _12_ day of _May_, 19_2000_ at _Ft Lauderdale_, Florida.

SURETY: _Brandy Bail Bonds_

ADDRESS: _916 S. Andrews Ave_

_Ft Laud, FLA_ ZIP: _33316_

AGENT: (Signature) _Mark Nedelsky_

PRINT NAME: _MARK S. NEDELSKY_

TELEPHONE: _954-463-4333_

### INDIVIDUAL SURETIES

Signed this _____ day of _____, 19___, at _____, Florida.

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP
  TO DEFENDANT: _____

ADDRESS: _____

TELEPHONE: _____

SURETY: (Signature) _____

PRINT NAME: _____

RELATIONSHIP
  TO DEFENDANT: _____

ADDRESS: _____

TELEPHONE: _____

### APPROVAL BY COURT

Date: _5-12-00_

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

— 3 —

## *Accredited Surety and Casualty Company, Inc.*

Home Office: Orlando, Florida

### POWER-OF-ATTORNEY

**Power Amount** $105,000.00                                    Power No. **AE - No. 10714**

**KNOW ALL MEN BY THESE PRESENTS:** That the **ACCREDITED SURETY AND CASUALTY COMPANY, INC.** has made, constituted and appointed, and by these presents does make, constitute and appoint __MARK NEDELSKY__ its true and lawful Attorney-In-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, <u>a bail bond only</u>. The authority of such Attorney-In-Fact is limited to criminal appearance bonds only and cannot be construed to guarantee payment of fines, costs, alimony, wage claims, support, or any other financial obligation, nor delivery or immigration bonds. This appearance bond is executed this __12__ day of __5__, Year __2000__ on behalf of __MARK ROSEMAN__, amount of bond $ __100,000__ given to __US DIST CLERK__ court. Provided that the authority of such Attorney-In-Fact to bind the Company shall not exceed the sum of

**One Hundred and Five Thousand ($105,000)**       00-6117-CR-MORENO

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in the Power-Of-Attorney the name of the person on whose behalf this bond was given.

**THIS POWER IS VOID IF ALTERED OR ERASED AND CAN ONLY BE USED ONCE.**

IN WITNESS WHEREOF, THE **ACCREDITED SURETY AND CASUALTY COMPANY, INC.** has caused these presents to be signed by its authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this __1st__ day of __October__, Year __1999__.

Corporate Seal

ACCREDITED SURETY AND CASUALTY COMPANY, INC.

By _____
President or Vice President

STATE OF FLORIDA
COUNTY OF ORANGE

On this __1st__ day __Oct.__, Year __1999__ before me, A Notary Public of the State of Florida, in and for the County of Orange, duly commissioned and qualified came the above named officer of **ACCREDITED SURETY AND CASUALTY COMPANY, INC.**, to me personally known to be the individual and officer described in, and who executed the preceding instrument and acknowledged the execution of the same, and being by me duly sworn, deposed and said that he is the officer of the said Company aforesaid and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and the said Corporate Seal and his signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

My Commission Expires:

NOTARY PUBLIC - STATE OF FLORIDA
MARTHA G. O'DELL
COMMISSION # CC 828943
EXPIRES 07/09/2003

_____
Notary Public

ASC 303 (7/99)

Accredited Surety & Casualty Co., Inc., 918 S. Orange Ave., Orlando, FL 32806

### CERTIFICATE OF DISCHARGE OF BOND

**Power Amount** $105,000.00

**Defendant** __MARK ROSEMAN__                      Power No. **AE - No. 10714**

**Court** __C.I.?__                               Amount of Bond __100,000.__

This is to certify that on or about the _____ day of _____, Year _____, I examined the records of _____ and found that the bond with corresponding power number has been discharged of record by reason of the following disposition _____

Person rendering decision _____
Date of Discharge _____

Witness my hand and official seal this _____ day of _____ Year _____

_____
(SEAL)                                        Title _____