**UNITED STATES OF AMERICA**
Plaintiff

-vs-

Mark Roseman
Defendant

CASE NUMBER: CR 00-6117

Moreno

REPORT COMMENCING CRIMINAL ACTION

FILED by _____ D.C.
MAY 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

************************************************************

TO: CLERK'S OFFICE     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
    U.S. DISTRICT COURT                (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 5/11/00 @ 4:30 PM a.m./(p.m.)

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Bank Fraud, Wire Fraud, Mail Fraud, Money Laundering, Conspiracy

(4) UNITED STATES CITIZEN: (✓)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 5-22-52

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT     [ ] COMPLAINT     CASE # _____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: Southern District of Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?  [ ]YES  [ ]NO

AMOUNT OF BOND: $100,000 corporate surety   WHO SET BOND? AUSA Jeff Kaplan

(7) REMARKS: _____

(8) DATE: 5/11/00    (9) ARRESTING OFFICER: Tim Kinsman / Judy Orihuela

(10) AGENCY: IRS/FBI    (11) PHONE # (954)214-2197
                                     (305)787-6602

(12) COMMENTS _____

MAY 17 2000

Rec'd in MIA Dkt _____