AO 442 (Rev. 12/85) Warrant for Arrest   AUSA KAPLAN; FBI S/A JUDY ORIHUELA (305) 787-6602

## United States District Court

SOUTHERN DISTRICT OF FLORIDA   476517

00 MAY 11 PM 3: 18

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

UNITED STATES OF AMERICA

V.

MARK ROSEMAN

**WARRANT FOR ARREST**

CASE NUMBER:

TO:   The United States Marshal
and any Authorized United States Officer

# 00-6117

YOU ARE HEREBY COMMANDED to arrest _____MARK ROSEMAN_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)   **CR-MORENO**
MAGISTRATE JUDGE

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition
**DUBE**

charging him or her with (brief description of offense)   Conspiring to commit bank fraud, defrauding the Department of Housing & Urban Development, filing false loan applications with financial institutions, mail fraud, and wire fraud; loan application fraud; and money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 371, 1014, 1343, 1341 and 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $250,000 CORPORATE SURETY BOND
with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

MAY 11, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/11/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 5/12/2000 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ MARK ROSEMAN _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:   FBI, 16320 NW 2ND AVENUE, N. MIAMI BEACH, FL 33169