UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO. 00-6117-CR-MORENO

MARK ROSEMAN, et al.

    Defendants.
_____/

**NOTICE OF FILING**
**WAIVER OF EXTRADITION**

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and files with the Clerk of the Court the original, notarized waiver of extradition form signed by the Defendant.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFT that a copy of this document was mailed on June 5, 2000 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                      H. DOHN WILLIAMS JR. P.A.
                      721 NE 3RD Avenue
                      Fort Lauderdale, FL 33304
                      954-523-5432; 527-5565 (fax)

                      BY: _____
                            H. Dohn Williams Jr.
                            Fla. Bar #0166082

D:\clients\roseman\waiverextraditionnf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO. 00-6117-CR-MORENO

MARK ROSEMAN, et al.

    Defendants.
_____/

## WAIVER OF EXTRADITION

    COMES NOW the Defendant, Mark Roseman, who after first being duly sworn, does depose and say:

1. I am the Defendant in the above-styled case. At my pretrial release hearing, the Court learned that I am a naturalized United States citizen; my county of original is Great Britain (England).

2. As a condition of my pretrial release, the Court ordered that a sign and execute a waiver of extradition. If I become a fugitive and/or absconder from justice in this case, I hereby waive any and all rights to contest my extradition from wherever I might be found that I might have pursuant to Chapter 209, 18 U.S.C. § 3181, et al, and I agree to my return to the United States of America.

_____
Mark Roseman
3201 N.E. 57th Court
Fort Lauderdale, FL 33308

Witness: LISA SIRAVO

Witness: H John Williams Jr.

STATE OF FLORIDA
COUNTY OF BROWARD

Before me a duly authorized Notary Public of the State of Florida did personally appear Mark Roseman, a person known to me, who after first being duly sworn, did sign a execute this document on the 5 day of June 2000.

My Commission CC914341
Expires February 28, 2004

_____
Stamp of Notary Public

_____
Signature of Notary Public