# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6117-Cr-Moreno/Dube

UNITED STATES OF AMERICA )
)
v. )
)
MARK ROSEMAN, )
MIRIAM "MIMI" LAWRENCE, )
and )
LEO BROVILLETTE, )
                              Defendant. )
——————————————————— )

```
FILED by _____ D.C.

  JUN 1 3 2000

  CLARENCE MADDOX
 CLERK U.S. DIST. CT.
   S. D. OF FLA.
```

## ORDER COMPELLING DEFENDANT ROSEMAN AND DEFENDANT LAWRENCE TO SUBMIT HANDWRITING EXEMPLARS

Upon motion of the Government in above captioned case for defendant Roseman and defendant Lawrence to provide handwriting exemplars, and the court having given consideration to the representations made, and based upon the authority of United States v. Mara, 410 U.S. 19 (1973) and good cause having been shown, it is hereby

**ORDERED** that defendant Roseman and defendant Lawrence provide handwriting exemplars to Special Agent Judy Orihuela of the Federal Bureau of Investigation and Special Agent Timothy Kunsman of the Internal Revenue Service upon request and at a reasonable time and notice to defense counsel with an opportunity for counsel to be present.

**DONE** and **ORDERED** this _____ day of June, 2000 in chambers at Miami, Florida.

JUDGE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc: Jeffrey N. Kaplan, AUSA
    H. Dohn Williams, Esquire
    Jeffrey Feiler, Esquire
    Robert Berube, AFPD