
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6117-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,
MIRIAM LAWRENCE and
LEO BROVILLETTE,
    Defendant(s).
_____/



FILED by SC D.C.

AUG - 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER OF REASSIGNMENT

The above-styled case has been selected by the Clerk of Court utilizing a blind random selection procedure established by the court to insure the fair and impartial reassignment of cases from the calendars of the respective judges of the court to the calendars of the new judges of the court.

Prior to executing this Order, the undersigned has reviewed the file and has ruled upon all pending motions, in accordance with the policy established by the judges of the Southern District of Florida. It is therefore

ORDERED and ADJUDGED that the above-styled cause is hereby REASSIGNED to the calendar of the **Honorable Paul C. Huck** as of **August 7, 2000** for all further proceedings. It is further

ORDERED and ADJUDGED that all pleadings hereafter filed shall bear the assigned case number followed by the surname HUCK in lieu of the present name, thereby indicating the judge to whom the case is assigned.



00-6117-CR-MORENO

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of August, 2000.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

copies provided:

United States District Judge Paul C. Huck
Jeffrey Kaplan, AUSA
Jeffrey E. Feiler, Esq.
AFPD Robert Berube, Esq.
H. Don Williams, Esq.
Pretrial Services