CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

HONORABLE
PAUL C. HUCK

===================================================================

CASE NO. 00-6117-CR                           DATE 8-23-2000

CLERK   Valerie Thompkins        REPORTER Larry Herr

USPO  _____       INTERPRETER _____

UNITED STATES OF AMERICA   vs.   MARK ROSEMAN

AUSA   JEFFREY KAPLAN             DEFENSE CSL. H. DON WILLIAMS

Defendant(s) Present____ Not Present XX  In Custody_____

TYPE OF HEARING CALENDAR CALL

RESULT OF HEARING DEFENSE ORAL MOTION TO CONTINUE TRIAL IS HEREBY GRANTED. COURT WILL NOTIFY ALL COUNSEL AND DEFENDANT OF NEW CALENDAR CALL AND TRIAL DATE BY WRITTEN ORDER.

===================================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____       Trial Date  _____

Govt. Resp to P/T/Motions _____  Further S/C _____