UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                         CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

Defendants.
_____/

## STATUS REPORT RE: DISCOVERY

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and files copies of the attached correspondence. The Court wanted a status report regarding discovery. The following letters set forth The Defendant's efforts to obtained copies of the discovery necessary for trial preparation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed on August 30, 2000 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

H. DOHN WILLIAMS JR. P.A.
721 NE 3RD Avenue
Fort Lauderdale, FL 33304
954-523-5432; 527-5565 (fax)

BY: _____
H. Dohn Williams Jr.
Fla. Bar #0166087

D:\clients\roseman\discoverystatus.1

# H. DOHN WILLIAMS JR. P.A.
### ATTORNEY AT LAW - A PROFESSIONAL ASSOCIATION

OFFICE ADDRESS:
721 N.E. 3RD AVENUE
FORT LAUDERDALE, FL 33304

MAILING ADDRESS:
P.O. BOX 1722
FORT LAUDERDALE, FL 33302

FORT LAUDERDALE (954) 523-5432
BOCA RATON (561) 367-7900
FASCIMILE (954) 527-5565
CELLULAR (954) 383-5432
E-MAIL - hdohn@bellsouth.net

30 August 2000

Via mail and fax 763-3130

Global Financial
500 E. Broward Blvd. #102
Fort Lauderdale, FL 33301

FAXED 763-3130





Re:   USA v. Mark Roseman

Dear Raj:

On August 23rd, a week ago, I wrote you and advised that United States District Court Judge Huck wanted an answer this week as to when the copying would be completed. As of this date I have had no response from you. Last week I wrote you as follows:

* * *

Using the box number designations as they appeared on Friday, August 11th, I want the flowing items copied:

Box # 1

Fleurant, Jocelaine/Desinord, Yanique
Donfred, Johnny and Isma, Flerissonne
Dickens, Christopher O. and Sorji L.

Box # 3

Lambert, Frederick E.
Charles, Cynthia J.
Dorsin, Luc and Ertha

Box # 4

Miller, Lathon
Walker, Jerome M.
Laster, Maggie M.

Box # 5

Felix, Edgar

Box # 6

Vassor, Max/Nicolas, Marlene
Rozier, Christopher L. and Trayce
Scott, Jonathan C.

Box # 7

Murray, Jimmie
Johnson, Willie
Bennett, Everett and Debra
Felix, Edgar

Box # 8

Jackson, Kawanza (Jones, Kawanza)
Jackson, Kawanza (Jones, Kawanza)
Scott, Belinda
Fleurant, Suzette and Jackson, Lucius

Box # 9

Waver, Eddie F.
Elgue, Ramon Jose and Eiroa, Isabel
Scott, Belinda
Lambert, Frederick E.

Box # 10

Miller, Lathon
Scott, Belinda
Orozco, Luis Gabriel
Jackson, Kawanza (Jones, Kawanza)
Fullerton, Devon
Lambert, Frederick E.

Box # 15

Donfred, Johnny and Isma, Flerissonne
Dorsin, Luc and Ertha
Eigue, Ramon Jose and Eiroa, Isabel
Fleurant, Suzette and Jackson, Lucius
Box # 16

Fullerton, Devon
Jackson, Kawanza (Jones, Kawanza)
Jackson, Kawanza (Jones, Kawanza)

Box # 17

Lambert, Frederick E.
Laster, Maggie M.

Box # 18

Miller, Lathon
Ormston, Leon and Andrea
Orozco, Luis Gabriel

Box # 20

Walker, Jerome M.

Boxes # 41-44

ALL MATERIALS

Box # 53

ALL MATERIALS

Box 53 was not available for inspection, but based on the government's index, assuming its number did not change, I want the entire contents copied.

Also, Box 19 was not available for inspection. It contains items relating to Belinda Scott that I want copied. When it is available, please advise so that I can verify the contents and designate the items to be copied.

To date I have had no response regarding a cost deposit or when the documents will be ready. It is my understanding that you have "bate stamped" over 70,000 pages, which represents boxes 1-29, and that it will take 30-42 days to complete the process. United States District Court Judge Huck wants a report by the beginning of next week as to when I can expect to receive the copies we ordered. Please advise.

Please advise as I must notify the Court.

Sincerely yours,

H. Dohn Williams Jr.

Cc: Mark Roseman
AUSA Jeff Kaplan

e:\clients\roseman\globalfinancial.4

# H. DOHN WILLIAMS JR. P.A.
### ATTORNEY AT LAW · A PROFESSIONAL ASSOCIATION

OFFICE ADDRESS:
721 N.E. 3RD AVENUE
FORT LAUDERDALE, FL 33304

MAILING ADDRESS:
P.O. BOX 1722
FORT LAUDERDALE, FL 33302

FORT LAUDERDALE (954) 523-5432
BOCA RATON (561) 367-7900
FASCIMILE (954) 527-5565
CELLULAR (954) 383-5432
E-MAIL – hdohn@bellsouth.net

23 August 2000

Via mail and fax 763-3130

Global Financial
500 E. Broward Blvd. #102
Fort Lauderdale, FL 33301




Re:   USA v. Mark Roseman

Dear Raj:

Last week I wrote you as follows:

* * *

Using the box number designations as they appeared on Friday, August 11th, I want the flowing items copied:

Box # 1

Fleurant, Jocelaine/Desinord, Yanique
Donfred, Johnny and Isma, Flerissonne
Dickens, Christopher O. and Sorji L.

Box # 3

Lambert, Frederick E.
Charles, Cynthia J.
Dorsin, Luc and Ertha

Box # 4

Miller, Lathon
Walker, Jerome M.
Laster, Maggie M.

Box # 5

Felix, Edgar

Box # 6

Vassor, Max/Nicolas, Marlene

Rozier, Christopher L. and Trayce
Scott, Jonathan C.

Box # 7

Murray, Jimmie
Johnson, Willie
Bennett, Everett and Debra
Felix, Edgar

Box # 8

Jackson, Kawanza (Jones, Kawanza)
Jackson, Kawanza (Jones, Kawanza)
Scott, Belinda
Fleurant, Suzette and Jackson, Lucius

Box # 9

Waver, Eddie F.
Elgue, Ramon Jose and Eiroa, Isabel
Scott, Belinda
Lambert, Frederick E.

Box # 10

Miller, Lathon
Scott, Belinda
Orozco, Luis Gabriel
Jackson, Kawanza (Jones, Kawanza)
Fullerton, Devon
Lambert, Frederick E.

Box # 15

Donfred, Johnny and Isma, Flerissonne
Dorsin, Luc and Ertha
Eigue, Ramon Jose and Eiroa, Isabel
Fleurant, Suzette and Jackson, Lucius
Box # 16

Fullerton, Devon
Jackson, Kawanza (Jones, Kawanza)
Jackson, Kawanza (Jones, Kawanza)

Box # 17

Lambert, Frederick E.
Laster, Maggie M.

Box # 18

Miller, Lathon
Ormston, Leon and Andrea
Orozco, Luis Gabriel

Box # 20

Walker, Jerome M.

Boxes # 41-44

ALL MATERIALS

Box # 53

ALL MATERIALS

Box 53 was not available for inspection, but based on the government's index, assuming its number did not change, I want the entire contents copied.

Also, Box 19 was not available for inspection. It contains items relating to Belinda Scott that I want copied. When it is available, please advise so that I can verify the contents and designate the items to be copied.

To date I have had no response regarding a cost deposit or when the documents will be ready. It is my understanding that you have "bate stamped" over 70,000 pages, which represents boxes 1-29, and that it will take 30-42 days to complete the process. United States District Court Judge Hick wants a report by the beginning of next week as to when I can expect to receive the copies we ordered. Please advise.

Sincerely yours,

H. Dohn Williams Jr.

Cc:     Mark Roseman
        AUSA Jeff Kaplan

e:\clients\roseman\globalfinancial.3