UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

## NOTICE OF FILING
## WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and files with the Clerk of the Court the original waiver of speedy trial form signed by the Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFT that a copy of this document was mailed on September 6, 2000 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                                     H. DOHN WILLIAMS JR. P.A.
                                     721 NE 3rd Avenue
                                     Fort Lauderdale, FL 33304
                                     954-523-5432; 527-5565 (fax)

                                     BY: _____
                                          H. Dohn Williams Jr.
                                          Fla. Bar #0166087

D:\clients\roseman\waiverspeedynf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

## WAIVER OF SPEEDY TRIAL

    COMES NOW the Defendant, Mark Roseman, who after first being duly sworn, does depose and say:

1.    I am the Defendant in the above-styled case. My attorney and I have requested a continuance so that we might prepare for trial. I understand that I have a right to a speedy trial; however, I am waiving that right to a speedy trial in order to have more time to prepare for trial. I have no objection to the trial being set in December 2000, or January 2001.

_/s/ Mark Roseman_                        _/s/ H. Dohn Williams Jr._
Mark Roseman                          H. Dohn Williams Jr.
Defendant                               Attorney for Mark Roseman
3201 N.E. 57th Court
Fort Lauderdale, FL 33308