

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,            CASE NO. 00-6117-CR-HUCK
                                     Magistrate Judge Brown
          Plaintiff,

vs.                                  **ORDER GRANTING CONTINUANCE**

MARK ROSEMAN, et al.,

          Defendant.
_____/

THIS MATTER having come before the Court for Calendar Call on August 23, 2000, after due consideration, it is

**ORDERED AND ADJUDGED** that this case is hereby continued to the trial calendar commencing **December 11, 2000**, at 9:00 a.m., or as soon thereafter as the case may be called, it being further

**ORDERED AND ADJUDGED** that a calendar call will be held on **November 29, 2000, at 8:30 a.m.**, unless counsel are otherwise notified, it being further

**ORDERED AND ADJUDGED** that the period from August 23, 2000, through December 22, 2000, shall be deemed excludable in computing the time within which the trial of the case must commence. Pursuant to Title 18, U.S.C. Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial in this case outweigh the best interests of the public and the Defendant(s) in a speedy trial, it being further

**ORDERED AND ADJUDGED** that all discovery responses and/or pre-



trial motions shall be filed within the time limitations set forth in this Court's <u>Standing Discovery Order</u>. **A continuance of the trial date in this matter shall not extend the deadline for the filing of motions**. Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

Counsel shall submit proposed voir dire questions, proposed jury instructions, and lists of proposed exhibits at least by the day prior to the beginning of the trial.

**DONE AND ORDERED**, in Miami, Florida, this /0__ day of September, 2000.

PAUL C. HUCK
**UNITED STATES DISTRICT JUDGE**

cc: Hon. Stephen T. Brown
    Jeffrey Kaplan, AUSA
    H. Don Williams, Esq.