JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6117-Cr-MORENO/Dube

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,

    Defendant.

## GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States, by and through its undersigned counsel, hereby supplements its prior responses to the Standing Discovery Order and states as follows:

The United States hereby supplements its prior responses to paragraphs A6 and D of the Standing Discovery Order and attaches a report of handwriting analysis and the plea agreements of John Kudron, Marc Gordien, Miriam Lawrence and James Lowe.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Jeffrey N. Kaplan
Assistant United States Attorney
Court Bar No. A5500030
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimile: (954) 356-7228
E-Mail Address:
(Jeffrey.Kaplan@justice.usdoj.gov)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 29th day of September, 2000, to:

H. Dohn Williams, Esquire
721 NE 3rd Avenue
Fort Lauderdale, Florida 33304

　　　　　　　　　　　　　　　　　　　　　　　Jeffrey N. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney