UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

### NOTICE RE: CHANGE OF OFFICE ADDRESS

COMES NOW H. Dohn Williams Jr. P.A. and files this notice of change of office address:

H. DOHN WILLIAMS JR. P.A.
NEW WORLD TOWER
100 BISCAYNE BLVD. #2402
MIAMI, FL 33132
(954) 523-5432

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed on 9/29, 2000 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                                      H. DOHN WILLIAMS JR. P.A.
                                      721 NE 3rd Avenue
                                      Fort Lauderdale, FL 33304
                                      954-523-5432; 527-5565 (fax)

                                      BY: _____
                                           H. Dohn Williams Jr.
                                           Fla. Bar #0166087

D:\clients\roseman\change