UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.

_____/

### SECOND STATUS REPORT RE: DISCOVERY

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and files this second status report regarding discovery.

1. On or about October 3, 2000, the Defendant received and paid for the following discovery from the copy service:

<u>Box # 1</u>

Fleurant, Jocelaine/Desinord, Yanique
Donfred, Johnny and Isma, Flerissonne
Dickens, Christopher O. and Sorji L.

<u>Box # 3</u>

Lambert, Frederick E.
Charles, Cynthia J.
Dorsin, Luc and Ertha

<u>Box # 4</u>

Miller, Lathon
Walker, Jerome M.
Laster, Maggie M.

<u>Box # 5</u>

Felix, Edgar



Box # 6

Vassor, Max/Nicolas, Marlene
Rozier, Christopher L. and Trayce
Scott, Jonathan C.

Box # 7

Murray, Jimmie
Johnson, Willie
Bennett, Everett and Debra
Felix, Edgar

Box # 8

Jackson, Kawanza (Jones, Kawanza)
Jackson, Kawanza (Jones, Kawanza)
Scott, Belinda
Fleurant, Suzette and Jackson, Lucius

2. The Defendant is still waiting to receive the following discovery from the copy service:

Box # 9

Waver, Eddie F.
Elgue, Ramon Jose and Eiroa, Isabel
Scott, Belinda
Lambert, Frederick E.

Box # 10

Miller, Lathon
Scott, Belinda
Orozco, Luis Gabriel
Jackson, Kawanza (Jones, Kawanza)
Fullerton, Devon
Lambert, Frederick E.

Box # 15

Donfred, Johnny and Isma, Flerissonne
Dorsin, Luc and Ertha
Eigue, Ramon Jose and Eiroa, Isabel
Fleurant, Suzette and Jackson, Lucius

Box # 16

Fullerton, Devon
Jackson, Kawanza (Jones, Kawanza)
Jackson, Kawanza (Jones, Kawanza)

Box # 17

Lambert, Frederick E.
Laster, Maggie M.

Box # 18

Miller, Lathon
Ormston, Leon and Andrea
Orozco, Luis Gabriel

Box # 20

Walker, Jerome M.

Boxes # 41-44

ALL MATERIALS

Box # 53

ALL MATERIALS

Box 53 was not available for inspection, but based on the government's index, assuming its number did not change, I want the entire contents copied.

Box 19 was not available for inspection. It contains items relating to Belinda Scott that I want copied.

Box # 7 – Fernande LaFontant, 1621 NW 7th Terrace, Fort Lauderdale, FL

Box # 51 – Billy Dobbs, 1409 NE 3rd Avenue, Fort Lauderdale, FL

3. The Defendant has been trying to get the aforestated discovery for months, but through no fault of the Defendant, all the materials have not been received. **The Defendant has only ordered discovery pertaining to the transactions set forth in the Indictment, and he needs these items to prepare for trial.** (emphasis added)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed on October 10, 2000 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                                        H. DOHN WILLIAMS JR. P.A.
                                        New World Tower
                                        100 N. Biscayne Blvd., #2402
                                        Miami, FL 33131
                                        954-523-5432; 305-372-8038 (fax)

                                        BY: _____
                                               H. Dohn Williams Jr.
                                             Fla. Bar #0166087

D:\clients\roseman\pleadings\discoverystatus.2