UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6117-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,

    Defendant(s).

_____/

**ORDER**

THIS CAUSE has come before the Court upon the Defendant Motion to Compel Government to Provide Discovery, filed November 16, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendants Motion to Compel is **GRANTED**. The Government shall provide all appropriate Discovery required as soon as reasonably possible and in the absence of unusual circumstance no later than December 1, 2000.

DONE AND ORDERED at Miami, Florida, this 20th day of November 2000.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc:  Honorable Stephen T. Brown
     all counsel of record