JNK:sr

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,    :

               PLAINTIFF,    :

v.    :

MARK ROSEMAN,    :

               DEFENDANT.    :

_____



## GOVERNMENT'S THIRD SUPPLEMENTAL
## RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, by and through its undersigned counsel, hereby files its

third supplemental response to the Standing Discovery Order, and states as follows:

1.    The government hereby responds to paragraph A5 of the Standing Discovery

Order by attaching copies of documents from First State Bank - Calvert Branch, Calvert, Texas.

The government also has telephone records that are available for copying of Mark Roseman,

James Lowe, Jack Kudron and Marc Gordien.  The government turned over to defense counsel

on November 27, 2000, records of Robert Ormston, handwriting exemplars of the defendant, and

a list of tax returns that the government may introduce at trial.  In response to paragraph A6 of

the Standing Discovery Order, the government turned over to defense counsel on November 27,

1



2000, the curriculum vitae of Judy Gustafson.  In response to paragraph D of the Standing

Discovery Order, attached is the plea agreement of Cindy Carameros.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO.
500 E. Broward Blvd., 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 5th day of December, 2000, to H. Dohn Williams, Esq., New World Tower, 100 N. Biscayne Blvd., Suite 2402, Miami, Florida 33132.

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

2