JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,       :

        PLAINTIFF,       :

v.       :

MARK ROSEMAN,       :

        DEFENDANT.       :



NOTICE OF INTENTION TO USE DECLARATION
IN LIEU OF TESTIMONY OF CUSTODIAN OF RECORDS

The United States of America, by and through its undersigned counsel, hereby files its Notice of Intention to Use Declaration In Lieu of Testimony of Custodian of Records and states as follows:

1. On December 1, 2000, the Federal Rules of Evidence were amended and added Rule 902(11). The new rule allows authentication of business records by affidavit or declaration. Thus, no longer demanding the testimony of the custodian of records or other qualified witness.

2. The attached declarations of Manny Rubal of First Union National Bank as to authenticity of business records and absence of business records are in the form of a declaration pursuant to 28 USC 1746 and otherwise comply with the requirements of Rule 902(11).

3. The government intends to offer the attached declarations and underlying documents into evidence and in accordance with Rule 902(11) make them available for inspection. The government also provides notice that it intends to obtain similar declarations



from other banks for account records, from banks and lending institutions for loan records, from telephone companies for account records, and accounting records of the defendant and others. The government will make the declarations available after execution.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY
COURT NO.005500030
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of December, 2000, to H. Dohn Williams, Esq., New World Tower, 100 N. Biscayne Blvd., Suite 2402, Miami, Florida 33132.

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| MARK ROSEMAN, | : |
| DEFENDANT. | : |

## DECLARATION AS TO AUTHENTICITY OF BUSINESS RECORDS

I, MANNY RUBAL, am employed by First Union National Bank, in Miami, Florida, as Custodian of Records, and by reason of my position am authorized and qualified to make this declaration.

I further declare that the following documents are original records or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth therein by (or from information transmitted by) a person with knowledge of those matters;

2. Were kept in the course of regularly conducted business activity; and

3. Were made by the said business activity as a regular practice.

| Description of Document | Exhibit No. | Bate No. |
|---|---|---|
| Bank Statements-Shane Boynton | 600 | 57843-58024 |
| Bank Statements-Cassandra Crawford | 601 | 58025-58111 |
| Bank Statements-Jacquelyn D. Davis | 602 | 58112-58188 |
| Bank Statements-Ertha Joseph | 603 | 58189-58199 |

| | | |
|---|---|---|
| Bank Statements-Darrell S. Rainey | 604 | 58200-58225 |
| Bank Statements-Gladys Walker | 605 | 58339-58436 |
| Bank Statements-Guy R. Telefort | 606 | 61363-61384 |

I declare under penalties of perjury that the foregoing is true and correct.

_DEC. 19, 2000_
DATE OF EXECUTION

_[signature]_
MANNY RUBAL

_FT. LAUDERDALE, FL_
PLACE OF EXECUTION

JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,      :

         PLAINTIFF,      :

v.      :

MARK ROSEMAN,      :

         DEFENDANT.      :

## DECLARATION AS TO ABSENCE OF BUSINESS RECORDS

I, _MANNY RUBAL_, am employed by First Union National Bank, in Miami, Florida, as Custodian of Records, and by reason of my position am authorized and qualified to make this declaration.

In my employment with First Union National Bank I am familiar with the business records it maintains. First Union National Bank maintains records of its business transactions which are:

1. Made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. Kept in the course of regularly conducted business activity; and

    3.    Made by the said business activity as a regular practice.

Among the records so maintained are records of individuals and entities which have accounts with or have transacted business with First Union National Bank. I have reviewed those records and have found no record reflecting that the following persons ever had the account numbers so indicated:

    Belinda Scott, account number 3034287742361.
    Lathon D. Miller, account number 3094291749284.
    Lifaite St. Juste, account number 7179074697.
    Lathon Miller, account number 30942601749284
    Maudy Brown, account number 7178053976
    Emmanuel Isma, account number 30907418912233
    Luis Gabriel Orozco, account number 0077875090

If First Union National Bank had maintained the customer accounts listed above its business records would so reflect.

I declare under penalties of perjury that the foregoing is true and correct.

DECEMBER 19, 2000
DATE OF EXECUTION

_____
MANNY RUBAL

FT. LAUDERDALE, FL
PLACE OF EXECUTION