UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

## MOTION TO CONTINUE TRIAL

    COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and moves the Court to continue his trial set for January 15, 2001. The Defendant prays the Court set the matter for its trial calendar in February 2001, or it this request is denied to set the trial to begin on January 22, 2001, the second week of the trial period  As grounds therefore the Defendant states:

    1.    The government began its investigation in 1996, and four years later it indicted the Defendant. The Indictment enumerates approximately 25 separate and distinct real estate transactions. The discovery also enumerates 100's of other real estate transactions as potential Rule 404(b) evidence. The government opines that it has discoverable documents consisting of approximately 94,000 pages.

    2.    The Defendant and the undersigned have been working earnestly to prepare for trial.

    3.    Some months ago, the government advised that it was going to put all the documents that it intends to introduce in it case-in-chief on a CD Rom, in order to utilize an in-court video system. That CD Rom was finally made available a week before trial (i.e., Friday,

NON-COMPLIANCE OF S.D. fla. L.R. 7.1.A.4

January 5, 2001). The government wants the Defendant to review the documents and enter into stipulations to eliminate the necessity of calling dozens of records custodians. The Defendant needs additional time to review aforestated CD Rom; the Defendant cannot enter into any pretrial stipulations until he has had a reasonable opportunity to review the documents.

### CERTIFICATION UNDER LOCAL RULE 88.9

4. Pursuant to Local Rule 88.9, attempted to confer with Assistant United States Attorney Jeffrey Kaplan about this matter. A message was left on his voicemail. As of the time this motion was filed, no response was received.

5. A trial date in February will benefit the Defendant and the Court. By tha time, the Defendant will have been able to review the CD Rom and enter into stipulations regarding the admissibility of 100's, if not 1000's, of pages of documents.

WHEREFORE the Defendant prays that his trial be continued until February 2001, or if this request is denied for the trial to begin the week of January 22nd.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and faxed January 9, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

H. DOHN WILLIAMS JR. P.A.
Suite 2402 New World Tower
100 N. Biscayne Boulevard
Miami, Florida 33132
954-523-5432; 305-372-8038 (fax)

BY: _____
H. Dohn Williams Jr.
Fla. Bar #166087