CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by \_\_\_ D.C.
JAN 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

================================================================

CASE NO. 00-6117-CR                    DATE   JANUARY 10, 2001

CLERK   Valerie Thompkins              REPORTER  LARRY HERR

USPO                                   INTERPRETER

     UNITED STATES OF AMERICA   vs.  MARK ROSEMAN

AUSA JEFFREY KAPLAN                    DEFENSE CSL. H. DOHN WILLIAMS

Defendant(s) Present____ Not Present XXX In Custody_____

TYPE OF HEARING  Calendar Call

RESULT OF HEARING  Both the Government and defense announced Ready for Trial for the 2 week of the trial period. Beginning 1-22-2001

================================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____        Trial Date _____

Govt. Resp to P/T/Motions _____  Further S/C _____

Change of Plea _____