JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,      :

         PLAINTIFF,      :

v.      :

MARK ROSEMAN,      :

         DEFENDANT.      :

## MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Court authorize the undersigned Assistant United States Attorney to bring electronic equipment into the courtroom, to wit, an audio tape recording system, a video tape player, an Elmo, computer equipment and monitors, for use in the trial of this case.

         Respectfully submitted,

         GUY A. LEWIS
         UNITED STATES ATTORNEY

By: _____
         JEFFREY N. KAPLAN
         ASSISTANT U.S. ATTORNEY
         FLA. BAR NO. A5500030
         500 E. Broward Blvd., 7th Flr
         Ft. Lauderdale, Fl 33394
         (954) 356-7255
         (954) 356-7336

NON COMPLIANCE OF S.D. fla. L.R. 7.1(A.4)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to H. Dohn Williams, Esq., New World Tower, 100 N. Biscayne Blvd., Suite 2402, Miami Fl. 33132.

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY