JNK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK



FILED by ___ D.C.
JAN 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,          :

        PLAINTIFF,          :

v.                                  :

MARK ROSEMAN,                       :

        DEFENDANT.          :

_____

## ORDER

This cause comes before the Court on the government's motion to bring electronic equipment into the courtroom, to wit, an audio tape recording system, a video tape player, an Elmo, computer equipment and monitors, for use in the trial of this case. Considering the grounds raised in the motion, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the motion is granted.

DONE and ORDERED in Chambers in Miami, Florida, this 10 day of January, 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Jeffrey N. Kaplan
      Assistant U.S. Attorney
      H. Dohn Williams, Esquire