NIGHT BOX
FILED

JAN 1 6 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6117-Cr-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARK ROSEMAN,

        Defendant.

_____/

## GOVERNMENT'S RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this supplemental response to paragraph C of the Standing Discovery Order, and states as follows:

1. In June 1997 Miriam Lawrence, along with her attorney, met with the prosecutor and the agents. Ms. Lawrence admitted knowing about the false documentation provided to lending institutions by her coconspirators, but at that time denied any participation in the scheme.

2. After her involvement began in the conspiracy Ms. Lawrence also provided false tax returns and other false documentation for loans for which she was a real estate agent, including the loans of Tomas Marquez, Ricardo Alvarez and Maria Bravo, and at least six other loans. With respect to the loan of Tomas Marquez, Mr. Marquez claims that there was a long delay in obtaining his loan. He said that he called Ms. Lawrence and told her that he was going to SunBank in order to talk to them regarding the loan. According to Mr. Marquez, Ms. Lawrence threatened him saying that if he went to SunBank he would not live to see the closing.

3. In or about 1996 John Kudron provided buyer's files containing numerous false



documents submitted to lending institutions to Leo Brovillette in order to hide those false documents. Also, John Kudron submitted a financial affidavit to the government, which affidavit did not show that he had a bank account in Costa Rica.

4. Robert Edwards originally denied any knowledge of any false documents while he was working with the defendant, John Kudron, and James Lowe. After he admitted knowing about the false documents, he said he told the defendant about the false documents and the defendant seemed as if he was surprised.

5. On two occasions James Lowe sold approximately one ounce of cocaine to a confidential informant.

6. According to Elizabeth Velazquez, at the age of 27 she began drinking three or four drinks three to four times a week. Since the age of 30, Elizabeth Velazquez consumed a couple of glasses of wine a month. Elizabeth Velazquez first smoked marijuana at the age of 26, and smoked marijuana two or three times a week, but has not smoked it in two years. Defendant Velazquez used cocaine three or four times at the age of 27 or 28, but not since that time.

7. In 1981 Michael Balboni was convicted of wanton injury to real property and was sentenced to ten weekends in prison. In 1998 Michael Balboni pled nolo contendere to misdemeanor possession of marijuana, and paid a fine.

GUY LEWIS
UNITED STATES ATTORNEY

By: _____
Jeffrey N. Kaplan
Assistant United States Attorney
Court Bar No. A5500030
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimile: (954) 356-7228
E-Mail Address:
(Jeffrey.Kaplan@justice.usdoj.gov)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered this 16th day of January, 2001, to: H. Dohn Williams, Esq., New World Tower, 100 N. Biscayne Blvd., Suite 2402, Miami, Florida 33132.

_____
JEFFREY N. KAPLAN
Assistant United States Attorney