UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    CASE NO. 00-6117-CR-HUCK
    Magistrate Judge Brown

MARK ROSEMAN, et al.

    Defendants.
_____/

**NIGHT BOX FILED JAN 16 2001 CLARENCE MADDOX CLERK, USDC / SDFL / MIA**

### MOTION IN LIMINE PROHIBITING GOVERNMENT FROM USING THE TAPE RECORDED CONVERSATIONS BETWEEN COOPERATING WITNESS JAMES LOWE AND OTHER ALLEGED CO-CONSPIRATORS

COMES NOW the Defendant, Mark Roseman (hereinafter referred to as "Mark"), by and through the undersigned attorney, pursuant to Fed.R.Crim.P. 12 and 17.1, and moves the Court for an order prohibiting or limiting the introduction of evidence to wit: tape recorded conversations between cooperating witness James Lowe and other alleged co-conspirators. As grounds therefore Mark states:

### STATEMENT OF FACTS

1. Prior to 1997, the government alleges that James Lowe and Mark were co-conspirators. However, as early as 1997, Lowe began cooperating with the government. Lowe agreed to allow the government to tape-record in-person and telephone conversations between himself and other alleged co-conspirators, including but not limited to Jack Kudron, Leo Brovillette, Charitable Delmas, etc. This motion does not concern any conversations between Lowe and Mark.

2. A review of those conversations reveals that Lowe talks with Kudron and others about Mark. For example, Lowe and Kudron met with Charitable Delmas to talk about a house

