UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 00-6117-CR-HUCK
                                          Magistrate Judge Brown

MARK ROSEMAN, et al.

    Defendants.
_____/

## DEFENDANT'S PROPOSED JURY QUESTIONS

The Defendant, Mark Roseman, requests that the Court propound the following questions to the prospective jury panel:

1. DO YOU CURRENTLY HAVE A MORTGAGE ON YOUR HOME?

2. HAVE YOU EVER BEEN TURNED DOWN FOR A MORTGAGE?

3. DID YOU PARTICIPATE IN FILING THE MORTGAGE APPLCATION FOR THE LOAN?

4. DID YOU MEET IN-PERSON WITH THE PERSON PROCESSING THE LOAN AND ANSWER QUESTIONS ABOUT YOUR FINANCES, JOB, ETC?

5. HAVE YOU EVER APPLIED FOR A HOME MORTGAGE LOAN FOR LOW INCOME OR MODERATE INCOME FAMILIES?

6. WHAT IS THE HIGHEST LEVEL OF EDUCATION YOU COMPLETED?

7. HAVE YOU EVER BEEN SELF-EMPLOYED? IF "YES," PLEASE DESCRIBE WHEN AND WHAT YOU DID WHILE SELF EMPLOYED.

8. DO YOU HAVE ANY LOSS OF HEARING, LOSS OF SIGHT OR OTHER PHYSICAL IMPAIRMENT THAT WOULD MAKE JURY DUTY DIFFICULT? IF "YES," PLEASE EXPLAIN.

9. ARE YOU CURRENTLY TAKING ANY MEDICATION? IF "YES," PLEASE EXPLAIN.

1



10. HAVE YOU SERVED IN THE MILITARY SERVICE? IF "YES," WHAT BRANCH, WHEN, HOW LONG, HIGHEST RANK OR GRADE ATTAINED?

11. PLEASE LIST ORGANIZATIONS TO WHICH YOU OR YOUR SPOUSE BELONG OR IN WHICH EITHER OF YOU PARTICIPATE, EITHER NOW OR IN THE RECENT PAST. (FOR EXAMPLE, RELIGIOUS, POLITICAL, SOCIAL, FRATERNAL, SERVICE, PROFESSIONAL, BUSINESS, SPORTING, RECREATIONAL ORGANIZATIONS, AND UNION MEMBERSHIP).

12. DO YOU CONTRIBUTE ANY SERVICES OR MONEY TO ANY CHARITABLE ORGANIZATION? IF "YES," PLEASE DESCRIBE.

13. DO YOU HAVE AN ACTIVE ROLE IN YOUR CHURCH, TEMPLE, SYNAGOGUE OR OTHER RELIGIOUS ORGANIZATION? IF "YES," PLEASE EXPLAIN.

14. DID YOU OR YOUR SPOUSE EVER PARTICIPATE IN ANY GROUP CONCERNED WITH CRIME PREVENTION OR VICTIMS' RIGHTS? (FOR EXAMPLE, ORGANIZATIONS SUCH AS CRIME STOPPERS, NEIGHBORHOOD WATCH PROGRAMS, MADD OR SADD) IF "YES," PLEASE DESCRIBE.

15. DO YOU WATCH THE CABLE TELEVISION CHANNEL COURT TV?

16. HAVE YOU EVER SOUGHT POLITICAL OFFICE?

17. HAVE YOU, YOUR SPOUSE, A RELATIVE OR A CLOSE FRIEND EVER WORKED FOR THE DISTRICT ATTORNEY'S OFFICE, THE STATE ATTORNEY'S OFFICE, THE UNITED STATES ATTORNEY'S OFFICE, OR THE ATTORNEY GENERAL'S OFFICE? IF "YES," IN WHAT CAPACITY.

18. HAVE YOU, YOUR SPOUSE, A RELATIVE OR A CLOSE FRIEND EVER BEEN EMPLOYED BY, CONNECTED WITH, OR APPLIED FOR A JOB WITH ANY LAW ENFORCEMENT AGENCY? (FOR EXAMPLE, SHERIFF'S OFFICE, POLICE DEPARTMENT, CORRECTIONS AND REHABILITATION DEPARTMENT OR FEDERAL LAW ENFORCEMENT AGENCY). IF "YES," PLEASE EXPLAIN.

19. HAVE YOU OR YOUR SPOUSE EVER STUDIED LAW, OR WORKED IN A LAW OFFICE? IF "YES," PLEASE EXPLAIN.

20. WHEN YOU MAKE AN IMPORTANT DECISION, DO YOU ASK THE ADVICE OF OTHERS?

21. IN GENERAL, IS IT EASY FOR YOU TO FORGIVE SOMEONE WHO HAS DONE SOMETHING WRONG TO YOU OR YOUR FAMILY?

22. HAVE YOU EVER SERVED ON A GRAND JURY, EITHER FEDERAL OR STATE?

23. HAVE YOU EVER SERVED AS A JUROR IN A CASE? IF "YES," PLEASE EXPLAIN. DID THE JURY REACH A VERDICT?

24. HAVE YOU, ANYONE IN YOUR FAMILY OR CLOSE FRIEND EVER HAVE A BAD EXPERIENCE WITH ANY ATTORNEY? IF "YES," PLEASE EXPLAIN.

25. HAVE YOU, YOUR SPOUSE, A RELATIVE OR CLOSE FRIEND EVER BEEN INVOLVED IN A LAWSUIT? IF "YES," PLEASE EXPLAIN.

26. HAVE YOU HEARD OR READ ANYTHING ABOUT THIS CASE BEFORE NOW?

27. IF THE UNITED STATES WERE TO CALL AS A WITNESS AN INDIVIDUAL WHO INDICATED THAT THEY RECEIVED SOME FAVOR OR BENEFIT FROM THE GOVERNMENT IN ORDER TO TESTIFY, WHAT ARE YOUR FEELINGS ABOUT SUCH A PERSON'S TESTIMONY?

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this document was mailed and faxed January 18, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

Via fax 954-356-7336

H. DOHN WILLIAMS JR. P.A.
New World Tower – Suite 2402
100 N. Biscayne Boulevard
Miami, Florida 33132
954-523-5432; 305- 372-8038 (fax)

By: _____
H. Dohn Williams Jr.
Fla. Bar #166087