UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA



NIGHT BOX
FILED

JAN 1 8 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                             CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.

_____/

## DEFENDANT'S REPLY TO THE GOVERNMENT'S
## DECLARATIONS REGARDING RECORDS CUSTODIANS

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and replies to the government's declarations regarding records custodians. The Defendant states:

1.    The Defendant does not object to the declarations regarding the following records custodians; however the Defendant reserves the right to object to any or all of the records on the grounds of relevancy and materiality. The Defendant reserves the right to object to any matters contained in the records whose prejudicial value outweighs its probative value. The Defendant reserves the right to object to any matters contained in the records that might constitute impermissible hearsay outside of, or not within the parameters of the business records exception. The declarations, subject to this qualified stipulation, are: Mary Dunn – Bank of America; Linda Zeigler – CPA; Scott Wilkins – Advantage Financial; Lori Pickett – Washington Mutual; Eric Bienkievitz – Bell South Mobility; and N. Brathwaite – AT&T Wireless; Certificate of Insured Status.

2.    The Defendant objects to the following declarations: Lori Pickett – Washington Mutual regarding absence of business records; and Wonder Knowles – SunTrust Bank as loan originator

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of this document was mailed and faxed January 18, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                                H. DOHN WILLIAMS JR. P.A.
                                Suite 2402 New World Tower
                                100 N. Biscayne Boulevard
                                Miami, Florida 33132
                                954-523-5432; 305- 372-8038 (fax)


                                BY: _____
                                        H. Dohn Williams Jr.
                                        Fla. Bar #166087