UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

### DEFENDANT'S SECOND REPLY TO THE GOVERNMENT'S DECLARATIONS REGARDING RECORDS CUSTODIANS

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and replies to the government's declarations regarding records custodians. The Defendant states:

1. The Defendant does not object to the declarations regarding the following records custodians; however the Defendant reserves the right to object to any or all of the records on the grounds of relevancy and materiality. The Defendant reserves the right to object to any matters contained in the records whose prejudicial value outweighs its probative value. The Defendant reserves the right to object to any matters contained in the records that might constitute impermissible hearsay outside of, or not within the parameters of the business records exception. The declarations, subject to this qualified stipulation, are: Denise Bejarado – Integrated Payment Systems, <u>except as to missing records</u>; and Susan Shanosky – BSCU.

2. The Defendant objects to the following declarations: Stephen Hillier – FPL because declaration unclear as to whether persons had no FPL account or just not an account under the specified account number; Lisa Elder - Mortgage Dynamics as loan processor; ; and Wonder Knowles – SunTrust Bank as loan originator; and Joan Thompson – CCCU.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and faxed January 18, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                                      H. DOHN WILLIAMS JR. P.A.
                                      Suite 2402 New World Tower
                                      100 N. Biscayne Boulevard
                                      Miami, Florida 33132
                                      954-523-5432; 305-372-8038 (fax)

BY: _____
                                      H. Dohn Williams Jr.
                                      Fla. Bar #166087