UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.     CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

NIGHT BOX
FILED
JAN 18 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Mark Roseman, by and through the undersigned attorney, and moves the Court to continue his trial set for January 22, 2001. As grounds therefore the Defendant states:

1. In conferring with the government on Thursday, January 18th, the government indicated that it anticipates that it case will take 4 to 5 days. As this Court is aware, the Federal Rules of Criminal Procedure, unlike the Florida rules of criminal procedure, do not require either side to provide a witness list. Thus, both sides play a guessing game as to who might be witnesses. The lack of a witness list makes it impossible to accurately estimate the length of a trial.

2. As has been related to this Court, the case involves approximately 150 real estate transactions. The undersigned informed the government that the Defendant has issued 35 witness subpoenas and anticipates issuing at least 5 more subpoenas. The Defendant intends on calling all the witness for which subpoenas have been issued subpoenaed. The Defendant intends on calling witnesses pertaining to each real estate transaction that the government introduces into



evidence in which the Defendant had any direct or indirect involvement; thus, more subpoenas may be issued. None of the witness' testimony is duplicitous.

3.  The government informed the Defendant that it might have a problem if the trial lasted more than 5 to 6 days.

### CERTIFICATION UNDER LOCAL RULE 88.9

4.  Pursuant to Local Rule 88.9, conferred with Assistant United States Attorney Jeffrey Kaplan about this matter. He wants the trial to go as scheduled on January 22nd and to be completed within 5 to 6 days.

WHEREFORE the Defendant prays that his trial be continued until February 2001, or in the alternative to date when the Court has 10 trial days available.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and faxed January 18, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

H. DOHN WILLIAMS JR. P.A.
Suite 2402 New World Tower
100 N. Biscayne Boulevard
Miami, Florida 33132
954-523-5432; 305- 372-8038 (fax)

BY: _____
H. Dohn Williams Jr.
Fla. Bar #166087