FILED by _____ D.C.
JAN 18 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6117-CR-HUCK

    Plaintiff,

vs.   NOTICE OF HEARING

MARK ROSEMAN,

    Defendant.
_____/

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for a special status hearing on pending motion in limine, filed on January 16, 2001, Monday, January 22, 2001, at 8:00 a.m., before the Honorable PAUL C. HUCK, United States District Judge, at 301 North Miami Avenue, Miami, Florida, Fourth Floor Courtroom.

Dated: January 18, 2001

CLARENCE MADDOX, CLERK

By: _____
Valerie Thompkins
Deputy Clerk

cc: Jeffrey Kaplan, AUSA (served by fax and phone call)
    H. Dohn Williams, Esq. (served by fax and phone call)

JAN 2 2 2001
Rec'd in MIA Dkt _____