00-6117.o1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6117 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,

    Defendants.
_____/



### ORDER GRANTING MOTION TO REDACT INDICTMENT

**This matter** is before this Court on the Government's Motion to Redact Indictment, filed December 26, 2000. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C. The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED** and the word "materially" is hereby struck from Counts II through XI of paragraph 35 on page 21 of the indictment.

DONE AND ORDERED this 16th day of January, 2001 at Miami, Dade County, Florida.

                                              STEPHEN T. BROWN
                                              U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Jeffrey N. Kaplan, Esq. (AUSA)
        H. Dohn Williams, Esq.

