AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

### SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

v.                           CASE NUMBER: 00-6117-Cr-HUCK

MARK ROSEMAN

I, MARK ROSEMAN, the above named defendant, who is accused of conspiracy to commit bank fraud, defrauding HUD, filing false loan applications with financial institutions, mail fraud, wire fraud and money laundering, in violation of Title 18, United States Code, Section 371, and making false statements to HUD, in violation of Title 18, United States Code, Section 1010, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on  1/23/01  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MARK ROSEMAN
Defendant.

_____ 1/23/01
H. DOHN WILLIAMS
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE