UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___

JAN 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6117-CR-HUCK(s)

UNITED STATES OF AMERICA,

vs.

MARK ROSEMAN
            Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : <u>ON BOND</u>

Language: <u>ENGLISH</u>

    The above-named Defendant appeared before **District Judge** Paul C. Huck, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

<u>Defendant:</u>    Address: <u>ON BOND</u>

    Tel. No:_____

<u>Defense Counsel:</u>  Name  : <u>H. DOHN WILLIAMS</u>

    Address:_____

    Tel. No:_____

<u>Bond Set/Continued:</u>   $_____

Dated this <u>23</u> day of <u>JANUARY</u>, 2001.

    CLARENCE MADDOX, COURT ADMINISTRATOR/CLERK

    BY <u>VALERIE THOMPKINS</u>
        Deputy Clerk

    COURT REPORTER: LARRY HERR

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO._____
DIGITAL START NO._____