NIGHT BOX
FILED
MAR 2 0 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

## MOTION TO CONTINUE SENTECING

    The Defendant, Mark Roseman moves the Court to continue his sentencing set for April 3, 2001, at 8:30 a.m. As grounds therefore the Defendant states:

    1.    On April 2, 2001, the undersigned is traveling to Jacksonville to take depositions all day on April 3rd. The matter involves a Plaintiff attorney's claim that his injuries have resulted in him being totally disabled. The undersigned want to get the depositions completed before the court-ordered mediation, so that the mediation will be a fruitful process.

    2.    The undersigned requests that the Defendant's sentencing be reset until April 5th, 6th, or 9th, or any date thereafter that is convenient with the Court.

## CERTIFICATION UNDER LOCAL RULE 88.9

    3.    Pursuant to Local Rule 88.9, conferred with Assistant United States Attorney Jeffrey Kaplan about this matter, and he has no objection to this request.

    WHEREFORE the Defendant prays that the Court grant the relief requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and faxed March 20, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                        H. DOHN WILLIAMS JR. P.A.
                        799 Brickell Plaza, 9th floor
                        Miami, Florida 33131
                        954-523-5432; 305- 372-8038 (fax)


BY: _____
      H. Dohn Williams Jr.
      Fla. Bar #166087