UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA

            Plaintiff,

vs.

MARK ROSEMAN,

            Defendant.
_____/

FILED by _____ D.C.

MAR 23 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

**ORDER GRANTING CONTINUANCE OF SENTENCING DATE**

THIS CAUSE came before the Court upon the Defendant Roseman's Motion For Continuance of Sentencing Date, filed March 20, 2001. The Court having been fully advised in the premises, it is, hereby

ORDERED AND ADJUDGED that the Motion For Continuance is **Granted.** Sentencing is rescheduled for Thursday, **April 26, 2001** at 8:30 A.M.

DONE AND ORDERED in chambers, at Miami, Florida this 22nd day of March, 2001.

                                      PAUL C. HUCK
                                      UNITED STATES DISTRICT JUDGE

Copies provided to:

Jeffrey N. Kaplan, AUSA
H. Dohn Williams, Esq.
U.S. Pretrial
U.S. Probation

