UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

vs.

MARK ROSEMAN,

    Defendant.
_____/

FILED by _____ D.C.
MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING CONTINUANCE OF SENTENCING DATE

THIS CAUSE came before the Court upon the Joint Motion For Continuance of Sentencing Date. The Court having been fully advised in the premises, it is, hereby

ORDERED AND ADJUDGED that the Motion For Continuance is **Granted.** Sentencing is rescheduled for Thursday, **May 03, 2001** at 8:30 A.M. at James Lawrence King Federal Justice Building, 99 NE 4th Street, 10th Floor Courtroom #6, Miami, Florida.

DONE AND ORDERED in chambers, at Miami, Florida this 26th day of March, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:

Jeffery Kaplan, AUSA
H. Dohn Williams, Esq.
U.S. Pretrial
U.S. Probation