UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, FLORIDA

01 APR 27 PM 3: 08

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO. 00-6117-CR-HUCK

MARK ROSEMAN, et al.

    Defendants.
_____/

### MOTION TO CONTINUE SENTENCING

The Defendant, Mark Roseman moves the Court to continue his sentencing set for May 3, 2001, at 8:30 a.m. As grounds therefore the Defendant states that on April 26, 2001, the undersigned learned that a witness he intends to call at the sentencing, Rabbi Sholom D. Lipskar, is unavailable. The undersigned requests that the Defendant's sentencing be reset until the morning of May 11th, or any date thereafter that is convenient with the Court.

WHEREFORE the Defendant prays that the Court grant the relief requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and faxed April 27, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                          H. DOHN WILLIAMS JR. P.A.
                          799 Brickell Plaza, 9th floor
                          Miami, Florida 33131
                          954-523-5432; 305-372-8038 (fax)

                          By: _____
                              H. Dohn Williams Jr.
                              Fla. Bar #166087

