

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARK ROSEMAN,

        Defendant.

_____/

## ADDENDUM
## SENTENCING MEMORANDUM

    The Defendant, Mark Roseman (Roseman), files an addendum to his sentencing memorandum.

    1.    After Roseman filed his sentencing memorandum, Roseman received the revised PSI. The revised PSI at paragraph 100 advises the Court that it may reduce Roseman's sentence range for acceptance of responsibility. The PSI advises that if the Court reduces Roseman's sentence range for acceptance of responsibility that the Court may impose a sentence of 57 to 71 months. **If the Court reduces Roseman's sentence range for acceptance of responsibility and imposes a sentence of 57 months, the Court moots all of Roseman's arguments regarding the amount of the money laundering.**

    2.    Consider Roseman's arguments are he received accumulated proceeds in the amount of approximately $553,237 from all the transactions wherein the government has established criminal activity, which is the perquisite for money laundering. His base level offense is 23, plus 3 levels for the amount of money he received, with no upward adjustment for

being a leader, minus 3 levels for acceptance of responsibility equals a total offense level of 23. With a criminal history category I, the recommended guideline range is 46-57 months.

3. Roseman's alternative argument is that the Court calculate the amount at $953,086, which is the accumulated proceeds from all the transactions, including those that did not default and in which there has been no showing of criminal activity, his base level offense is 23, plus 4 levels for the amount of money he received, with no upward adjustment for being a leader, minus 3 levels for acceptance of responsibility equals a total offense level of 24. With a criminal history category I, the recommended guideline range is 51-63 months.

4. Roseman's best argument puts his sentence range at 46 to 57 months; his alternate argument puts his sentence range at 51 to 63 months. A sentence of 57 months, which is the lowest sentence-range promulgated by the Probation Officer puts his sentence at the top of one range and in the middle of the other range, thereby mooting his arguments regarding the amount.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and faxed April 30, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

Edward Cooley
U.S. Probation Officer
299 E. Broward Blvd. #409
Fort Lauderdale, FL 33301

H. DOHN WILLIAMS JR. P.A.
799 Brickell Plaza, 9th floor
Miami, Florida 33131
954-523-5432; 305- 372-8038 (fax)

BY: _____
H. Dohn Williams Jr.
Fla. Bar #166087

2