UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6117-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,

                                    ORDER

    Defendant(s).
_____/

FILED by ___ D.C.
MAY 0 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

THIS CAUSE has come before the Court upon the Defendant's Mark Roseman, Motion to Continue Sentencing, filed April 27, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendants Motion is hereby DENIED without prejudice *for failure to consult with opposing counsel*.

DONE AND ORDERED at Miami, Florida, this 2nd day of May 2001.

                                                PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:  Jeffrey Kaplan, AUSA
     H. Dohn Williams, Esq.
     U. S. Pretrial Services
     U. S. Probation Office
     U. S. Marshal Service