UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

vs.

MARK ROSEMAN,

　　　　　Defendant.

_____/



## MOTION TO AMEND JUDGMENT IN A CRIMINAL CASE

The Defendant, Mark Roseman, moves the Court to amend the judgment in a criminal case.

1. Under the subsection of the Judgment in a Criminal Case relating to the Court's recommendations to the Bureau of Prisons, it reads, "The Defendant be designated to a facility in the South Florida area." See pages 1-2 of original Judgment in a Criminal Case which are attached hereto.

2. The Defendant has been designated to report to the Federal Prison Camp at Eglin, which is in the Florida panhandle.

3. The Defendant requests that the subsection of the Judgment in a Criminal Case relating to the Court's recommendations to the Bureau of Prisons, be amended to read as follows, **"The Defendant be designated to the Federal Prison Camp at Homestead, Miami-Dade County, Florida, which is a satellite to FCI Miami."**



4.      At the sentencing the government had no objection to such as a designation.

WHEREFORE the Defendant prays the Court grant the relief requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document was mailed and/or faxed on May 25, 2001 to:

Jeffrey N. Kaplan, Esq.
Assistant United States Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

Edward Cooley
U.S. Probation Officer
299 E. Broward Blvd. #409
Fort Lauderdale, FL 33301

　　　　　　　　　　　　　　　　　　　　H. DOHN WILLIAMS JR. P.A.
　　　　　　　　　　　　　　　　　　　　799 Brickell Plaza, 9th floor
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　954-523-5432; 305- 372-8038 (fax)


　　　　　　　　　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　　　　　　　　　　　H. Dohn Williams Jr.
　　　　　　　　　　　　　　　　　　　　　　　Fla. Bar #166087

USDC FLSD 245B (Rev. 9/00) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| MARK ROSEMAN | Case Number: 1:00CR6117-01 |
| | Counsel For Defendant: H. DOHN WILLIAMS |
| | Counsel For The United States: JEFFREY KAPLAN |
| | Court Reporter: LARRY HERR |

FILED by ___ D.C.
MAY 0 4 2001
CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA. - MIAMI

**THE DEFENDANT:**

[X] pleaded guilty to count(s) I AND II OF SUPERSEDING INFORMATION.

[ ] pleaded nolo contendere to count(s)
    which was accepted by the court.

[ ] was found guilty on count(s)
    after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit bank fraud, Defrauding the dept. of HUD, fling false loan Applications with financial institutions, Mail fraud, wire fraud, money laundering. | 11-30-1996 | I |
| 18 U.S.C. § 1010 | Making False statements to HUD. | 03-21-1996 | II |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (is) (are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 05-22-1952
Defendant's USM Number: NONE

Defendant's Residence Address:
3201 N.E. 57TH COURT

FORT LAUDERDALE FLORIDA 33308

Defendant's Mailing Address:
3201 N.E. 57TH COURT

FORT LAUDERDALE FLORIDA 33308

05-03-2001
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**PAUL C. HUCK**
United States District Judge

Date: May 4, 2001

USDC FLSD 245B (Rev 9/00) Sheet 2 - Imprisonment

Judgment-Page 2 of 8

DEFENDANT: **ROSEMAN, MARK**
CASE NUMBER: **1:00CR6117-01**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 MONTHS AS TO COUNT I .
24 MONTHS AS TO COUNT II TO RUN CONSECUTIVELY TO COUNT I.

[X] **The Court makes the following recommendations to the Bureau of Prisons:**
Defendant be designated to a facility in the South Florida area.
Defendant be allowed to participate in a drug and alcohol abuse program while in custody.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at _____ a.m. / p.m. on _____

  [ ] as notified by the United States Marshal.

[X] **The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:**.

  [X] **before 2:00 p.m. on June 04, 2001**

  [X] **as notified by the United States Marshal.**

  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal