UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6117-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,

                          ORDER

    Defendant(s).
_____/

FILED by ___ D.C.
JUN 0 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE has come before the Court upon the Defendant's Mark Roseman, Motion to Amend Judgment in a Criminal Case, filed May 25, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendants Motion is hereby DENIED.

DONE AND ORDERED at Miami, Florida, this ____ day of June 2001.

                                    PAUL C. HUCK
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF FLORIDA

cc:   all counsel of record
      U. S. Pretrial Services
      U. S. Probation Office
      U. S. Marshal Service