UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6117-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK ROSEMAN,

    Defendant.
_____/

FILED by _____ D.C.
MAY 0 8 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER UNSEALING DOCUMENTS

Upon review of the documents underseal in this case, the Clerk's Office is instructed to do the following:

____ Docket Entries _____ (Documents attached hereto)
    shall be unsealed and placed in the court file.

____ Docket Entries _____ (Documents attached hereto)
    shall be unsealed and returned to _____.

✓ Docket Entries #39, 40, 48 and 49 _____ (Documents attached hereto)
    shall be unsealed and destroyed by the Clerk.

DONE and ORDERED at Miami, Florida this 8 day of May, 2003.

                                        PAUL C. HUCK
                                        UNITED STATES DISTRICT JUDGE

The document(s) has/have been disposed of in the manner ordered above by _Helma_
_Jackson_ on _May 12_, 2003.

cc:    All Counsel of Record/Pro Se parties